[No. 31724-2-III.   Division Three.   May 12, 2015.]

*In the Matter of the Marriage of* RENE VERCOE, *Appellant,* and MICHAEL D. MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 09-3-00052-1, Michael P. Price, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 66229-5-I.   Division One.   May 18, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHIEL GLEN OAKES, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00909-0, Michael E. Rickert, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Leach, JJ.

[No. 70519-9.   Division One.   May 18, 2015.]

THE STATE OF WASHINGTON, *Respondent* v. MARTENIS MINNIFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-07369-2, Ken Schubert, J., entered May 17, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70639-0-I.   Division One.   May 18, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. BAHADAR SINGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-1-04162-4, Barbara Linde, J., entered July 8, 2013. *Affirmed* by unpublished per curiam opinion.